Chairperson, Hon. John Whelan, Member, Hon. Randal I. Spaulding and Member, Hon. Katherine Irigoin.

**STATE OF MONTANA,**
  **Plaintiff,**                              **Cause No. DC-02-90**
**vs.**                                        **Decision**
**SHARR SCHROEDER,**
  **Defendant,**

On October 17, 2005, the defendant was sentenced to a Commitment to the Department of Corrections for a term of ten (10) years, with five (5) years suspended for violation of the conditions of a suspended sentence for the offense of <u>Count I</u>: Theft, a Felony. The Court recommended the Defendant not be released to parole or probation until she has served the five (5) years.

On October 6, 2006, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Joseph Howard. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 6th day of October, 2006.

DATED this 25th day of October, 2006.

Chairperson, Hon. John Whelan, Member, Hon. Randal I. Spaulding and Member, Hon. Katherine Irigoin.